Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
### for the
_Middle_ District of _Florida_

_Civil_ Division

Sheik John Fitzgerald Marbury Bey

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Kathleen A. Scheurman

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _3:22-CV-263-BJD-LLL_
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

FILED
2022 MAR -9 PM 2:47

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                *John Fitzgerald Marbury Bey*

Address             *1850 Copper Stone Ct*
                    *Ta Merry        Morocco*
                                 City          State          Zip Code

County

Telephone Number    *910-526-5387*

E-Mail Address      *Mailing Address: P.O. Box 110156*
                    *Birmingham   Alabama   35211-0156*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                    *Kathleen Scheurman*

Job or Title *(if known)*   *BAR ATTORNEY*

Address                 *3245 S Atlantic Ave #303*
                        *Daytona   FL   32118*
                                 City          State          Zip Code

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Address

                                 City          State          Zip Code

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

|  | City | State | Zip Code |
|---|---|---|---|

    County

    Telephone Number

    E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Treaty of Peace 3 friendship 1836*
*Treaty of Tripoli 1796*
*Divine Constitution - Being Illinois State*
*Constitution.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

18 USC Sub Sec 241, 242 Deprivation of Rights
18 USC Sub Sec 1001, Statements in general

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
At 850 Copperstone
Or, Marocco', [Florida] Ta Merry

B. What date and approximate time did the events giving rise to your claim(s) occur?
9:30 Am March 7 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

My name and Title come with my Nationality, Divine Creed Religion, being a Moslem Culture, tryed to Convert property of another as a Official in Clay County Courthouse of Probate. On Kathleen A. Sheurman. 1850 Copper Stone Drive Unit C is a Indigenous Property, Now and use to have the Flemming Island, Clay County Attachment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Consisting harassment, and the Stain of my indigenous Character and Reputation. As well legal issues caused by the same Individual with personal banking and finance.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Judgement against the Defendant, filed along with Complaint, physical Evidence of fraud, Racketeering acts, with commits to Extort. Ask solely for Judgement to be granted as already decided up by consul of Sheiks under supreme Authority. Evidence Item 1 case filed by Kathleen A. Scheurman, Evidence Item 2 Proof of Consul of Sheiks, Exibit 1 thru 3 Certified Law. Judgement attached Directly to Complaint, and has already been filed in Clay County Court and passed over to Kathleen A. Scheurman. Writ of Quo Warranto issued for the same defendant, and Mandamus to Sheriff

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *March 8 2022*

Signature of Plaintiff    *John Fitzgerald Marbury Bey*

Printed Name of Plaintiff    *Sheik John Morbury Bey Bey*

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|        | *City* | *State* | *Zip Code* |
|--------|--------|---------|------------|

Telephone Number

E-mail Address